■ In the Matter of NORMAN D. FREEMAN, an Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT, Petitioner.—Per Curiam. Petitioner moves for an order striking respondent's name from the roll of attorneys, in accordance with Judiciary Law § 90 (4) (b), on the ground that respondent has been convicted of a felony.

Respondent was admitted to practice by this court in 1956. On October 5, 1987, he was convicted in the County Court of Tompkins County of the crime of attempted sexual abuse, first degree, a class E felony (Penal Law §§ 130.65, 110.05). He was sentenced to a term of conditional discharge for a period of three years and a surcharge of $100.

Respondent ceased to be an attorney and counselor-at-law in this State upon his conviction of a felony (Judiciary Law § 90 [4] [a]) and the instant application to strike his name from the roll of attorneys is merely a formality *(Matter of Ginsberg,* 1 NY2d 144; *Matter of Leyden,* 96 AD2d 1124).

Motion granted and respondent's name is stricken from the roll of attorneys and counselors-at-law in the State of New York. Mahoney, P. J., Kane, Main, Casey and Levine, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER L. TEMPLE, Appellant.—Appeal from a judgment of the Supreme Court (Ingraham, J.), rendered October 27, 1986 in Cortland County, convicting defendant upon his plea of guilty to the crime of grand larceny in the third degree.

We have considered defendant's various arguments and find them to be lacking in merit.

Judgment affirmed. Mahoney, P. J., Kane, Weiss, Yesawich, Jr., and Levine, JJ., concur.